Kevin K. Tung, Esq.
KEVIN KERVENG TUNG, P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
(718) 939-4633
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHERN FOOD I/E INC., <br><br> Plaintiff, <br><br> -against- <br><br> GEMINI FOOD CORPORATION, <br><br> Defendant. | Civil Action No: <br> 2:18-cv-08516-JMV-JBC |

STIPULATION AND ORDER OF DISMISSAL

In accordance with a Settlement Agreement and Mutual Release (the "Agreement") executed on July 9, 2018, Plaintiff Northern Food I/E Inc, and Defendant Gemini Food Corporation (collectively, the "Parties"), by their respective counsel, hereby stipulate to the dismissal of all claims in this action with prejudice, each party to bear its own attorneys' fees and costs.

Pursuant to Paragraph 8 of the Agreement, any future claim for distribution of infringing products brought by either Party against the other shall be brought in a Court with adequate jurisdiction over that claim. This Court shall retain jurisdiction to enforce all other terms of the Parties' Settlement Agreement.

Dated: July 10, 2018

MOSCONE EMBLIDGE & OTIS, LLP  
Attorneys for Defendant

_/s/ Matthew K. Yan_  
By: Matthew K. Yan, Esq.  
220 Montgomery St, Suite 2100  
San Francisco, California 94104  
Ph: (415) 362-3599  
Fax: (415) 362-2006

KEVIN KERVENG TUNG, P.C.  
Attorneys for Plaintiff

_/s/ Kevin K. Tung_  
By: Kevin K. Tung, Esq.  
Queens Crossing Business Center  
136-20 38th Avenue, Suite 3D  
Flushing, NY 11354  
Ph: (718) 939-4633

SO ORDERED this 16th day of July, 2018

_/s/ John Michael Vazquez_  
Hon. John Michael Vazquez, U.S.D.J.